1  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  PAMELA P. PHAM (SBN 235493)
   WILSON, ELSER, MOSKOWITZ,
3     EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, CA 94105
   Telephone:  (415) 433-0990
5  Facsimile:  (415) 434-1370

6  Attorneys for Plaintiff and Counterclaim Defendant
   AMERICAN GENERAL LIFE
7  INSURANCE COMPANY

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, *fka* THE OLD LINE LIFE INSURANCE COMPANY OF AMERICA,<br><br>             Plaintiff,<br><br>  v.<br><br>JESSICA AMBER QUAM; DEBORAH A. QUAM; and DOES 1-50,<br><br>             Defendants. | CASE NO. C 07 00944 MHP<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTER-CLAIM**<br><br>[Civil L.R. 6-1(a)] |
| JESSICA AMBER QUAM,<br><br>             Counterclaimant,<br><br>  v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, *fka* THE OLD LINE LIFE INSURANCE COMPANY OF AMERICA,<br><br>             Counterclaim Defendant. | |

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTER-CLAIM**
USDC NDCA No. C 07-00944 MHP
276775.1

1    **IT IS HEREBY STIPULATED**, by and between the parties to this action, through their
2  attorneys of record, pursuant to Local Rule 6.1(a), as follows:
3        1.    The response of counterclaim defendant AMERICAN GENERAL LIFE
4  INSURANCE COMPANY ("American General"), *fka* The Old Line Life Insurance Company Of
5  America, to counterclaimant Jessica Quam's Counter-Claim, filed on April 4, 2007, currently is
6  due on or before April 24, 2007; and
7        2.    The parties have agreed that counterclaim defendant American General shall have
8  a fifteen-day extension until and including May 9, 2007 to answer or otherwise respond to the
9  Counter-Claim herein.
10       **IT IS SO STIPULATED.**
11
12 Date: April 24, 2007                        WILSON, ELSER, MOSKOWITZ,
13                                              EDELMAN & DICKER LLP
14
15                                       By: _____
16                                              Adrienne C. Publicover
                                                Dennis J. Rhodes
17                                              Pamela P. Pham
                                                Attorneys for Plaintiff and Counterclaim Defendant
18                                              AMERICAN GENERAL LIFE
                                                INSURANCE COMPANY
19
20 Date: April 24, 2007                        BADDELEY, OLIKER & SARTORI
21
22
23                                       By: _____
                                                Robert P. Oliker
24                                              Attorneys for Defendant and Counterclaimant
                                                JESSICA QUAM
25
26           April 27, 2007                     IT IS SO ORDERED
27                                              [signature]
                                                Judge Marilyn H. Patel
28
                              2
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTER-CLAIM
USDC NDCA No. C 07-00944 MHP
276775.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTER-CLAIM**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

_✓_ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_☐_ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_☐_ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

_☐_ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

| | |
|---|---|
| Robert P. Oliker<br>Baddeley, Oliker & Sartori<br>The Grace Building<br>17 Keller Street<br>Petaluma, CA 94952<br>Tel: (707) 778-6313<br>Fax: (707) 778-1086<br>***Attorney for Defendant***<br>***JESSICA AMBER QUAM*** | Virgil Bucchianeri, Esq.<br>88 South "E" Street<br>Post Office Box 366<br>Virginia City, NV 89440<br>***Attorney for Defendant***<br>***DEBORAH A. QUAM*** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **April 26, 2007** at San Francisco, California.

_____
(Nancy Li)