```
1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  PAMELA P. PHAM (SBN 235493)
   WILSON, ELSER, MOSKOWITZ,
3  EDELMAN& DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, CA  94105
   Telephone:     (415) 433-0990
5  Facsimile:     (415) 434-1370

6  Attorneys for Plaintiff and Counter-Defendant
   AMERICAN GENERAL LIFE INSURANCE
7  COMPANY, fka THE OLD LINE LIFE
   INSURANCE COMPANY OF AMERICA
8
9
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, *fka* THE OLD LINE LIFE INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESSICA AMBER QUAM; DEBORAH A. QUAM; and DOES 1-50, <br><br> Defendants. <br><br> AND ALL ACTIONS | CASE NO. CV 07 00944 MHP <br><br> **STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE REPOND TO COUNTER-CLAIM** |

**IT IS HEREBY STIPULATED**, by and between the parties to this action, through their attorneys of record, pursuant to Local Rule 6.1(a), as follows:

1.    The response of Plaintiff and Counter-Defendant American General Life Insurance Company *fka* The Old Line Life Insurance Company of America ("American General") to the counter-claim of Defendant and Counter-Claimant Jessica Amber Quam, filed on April 4, 2007, currently is due on or before May 9, 2007; and

---

1
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTER-CLAIM
USDC NDCA No. CV 07 00944 MHP
279410.1

2. The parties have agreed that Plaintiff and Counter-Defendant American General shall have a ten-day extension until and including May 19, 2007 to answer or otherwise respond to the counter-claim herein.

**IT IS SO STIPULATED.**

Date: May 9, 2007     WILSON, ELSER, MOSKOWITZ,
                      EDELMAN & DICKER LLP

By: _____
Adrienne C. Publicover
Dennis J. Rhodes
Pamela P. Pham
Attorneys for Plaintiff and Counter-Defendant
AMERICAN GENERAL LIFE INSURANCE COMPANY,
*fka* THE OLD LINE LIFE INSURANCE COMPANY OF AMERICA

Date: May 10, 2007    BADDELEY, OLIKER & SARTORI

By: _____
Robert P. Oliker
Attorneys for Defendant and Cross-Claimant
JESSICA AMBER QUAM

5/14/2007

**IT IS SO ORDERED**
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTER-CLAIM
USDC NDCA No. CV 07 00944 MHP
279410.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COUNTER-CLAIM**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

✓ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Robert P. Oliker
Baddeley, Oliker & Sartori
The Grace Building
17 Keller Street
Petaluma, CA  94952
Tel: (707) 778-6313
Fax: (707) 778-1086
*Attorney for Defendant*
*JESSICA AMBER QUAM*

James A. Boles, Esq.
423 Mill Street
Reno, NV  89502
Tel:    (775) 329-1544
Fax:    (775) 329-1566

*Attorney for Defendant*
*DEBORAH A. QUAM*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **May 11, 2007** at San Francisco, California.

_____
Nancy Li