1  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  PAMELA P. PHAM (SBN 235493)
   WILSON, ELSER, MOSKOWITZ,
3  EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, CA 94105
   Telephone:   (415) 433-0990
5  Facsimile:   (415) 434-1370
   Attorneys for Plaintiff and Counter-Defendant
6  AMERICAN GENERAL LIFE INSURANCE
   COMPANY, *fka* THE OLD LINE LIFE
7  INSURANCE COMPANY OF AMERICA

8

9  ROBERT P. OLIKER (SBN 115131)
   BADDELEY, OLIKER & SARTORI
   17 Keller Street
10 Petaluma, CA 94952
   Tel:   (707) 778-6313
11 Fax:   (707) 778-1086
   Attorneys for Defendant/Cross-Claimant/Counter-Claimant
12 JESSICA AMBER QUAM

13 JAMES ANDRE BOLES (NV SBN 003368)
   423 Mill Street
14 Reno, NV 89502
   Tel:   (775) 329-1544
15 Attorneys for Defendant and Cross-Defendant
   DEBORAH A. QUAM

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  AMERICAN GENERAL LIFE INSURANCE ) | CASE NO. CV 07 00944 MHP |
|     COMPANY, *fka* THE OLD LINE LIFE ) | |
| 20  INSURANCE COMPANY OF AMERICA, ) | **STIPULATION AND ORDER FOR** |
|     ) | **CONTINUANCE OF CASE** |
| 21               Plaintiff, ) | **MANAGEMENT CONFERENCE** |
|     ) | |
| 22     v. ) | |
|     ) | |
| 23  JESSICA AMBER QUAM; DEBORAH A. ) | |
| 24  QUAM; and DOES 1-50, ) | |
|     ) | |
| 25            Defendants. ) | |
|     ) | |
| 26  _____ ) | |
|     AND ALL ACTIONS ) | |
| 27  _____ ) | |

28

STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA Case No. CV 07 00944 MHP
281298.1

## STIPULATION

Pursuant to this Court's Local Rules 6.2 and 7.12, this stipulation for continuance of the Case Management Conference is made by and between plaintiff American General Life Insurance Company ("Plaintiff"), and defendants Jessica Quam and Deborah Quam (collectively all parties referred to as, "the Parties"), by and through their counsel of record and is based on the following facts:

1. The Court set an initial Case Management Conference for June 4, 2007. Counsel for Plaintiff has a calendar conflict requiring him to be in Massachusetts on June 4, 2007.

2. In view of this conflict, the Parties agree and hereby stipulate to continuing the Initial Case Management Conference to June 11, 2007.

**IT IS HEREBY STIPULATED BY AND THROUGH THE PARTIES' COUNSEL OF RECORD THAT:**

The initial Case Management Conference currently set for June 4, 2007, shall be continued to June 11, 2007, at 4:00 p.m..

**SO STIPULATED.**

Dated: May 23, 2007

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: _____
ADRIENNE C. PUBLICOVER, ESQ.
DENNIS J. RHODES, ESQ.
Attorneys for Plaintiff and Counter-Defendant
AMERICAN GENERAL LIFE INSURANCE
COMPANY, *fka* THE OLD LINE LIFE
INSURANCE COMPANY OF AMERICA

---

1
STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA Case No. CV 07 00944 MHP
281298.1

Dated: 5/21/07                    BADDELEY, OLIKER & SARTORI

By: _____
STEVEN M. CHABRE, ESQ.    Robert Oliker
Attorneys for Defendant/Cross-Claimant/
Counter-Claimant
JESSICA AMBER QUAM

Dated: _____   By: _____
JAMES ANDRE BOLES
Attorneys for Defendant and Cross-Defendant
DEBORAH A. QUAM

## ORDER

PURSUANT TO THE STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The Initial Case Management Conference is continued to ~~June 11, 2006, at 4:00 p.m.~~ June 18, 2007 at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: May 25, 2007

_____
Honorable Marilyn Hall Patel
UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]

---
2
STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA Case No. CV 07 00944 MHP
281298.1

1
2
3  Dated: _____     BADDELEY, OLIKER & SARTORI
4
5                              By: _____
6                                 STEVEN M. CHABRE, ESQ.
                                  Attorneys for Defendant/Cross-Claimant/
                                  Counter-Claimant
7                                 JESSICA AMBER QUAM
8
   Dated: May 22, 2007         By: _____
9                                 JAMES ANDRE BOLES
                                  Attorneys for Defendant and Cross-Defendant
10                                DEBORAH A. QUAM
11

12                             **ORDER**
13     PURSUANT TO THE STIPULATION, AND FOR GOOD CAUSE APPEARING, IT
14  IS HEREBY ORDERED THAT:
15     The Initial Case Management Conference is continued to June 11, 2006, at 4:00 p.m.
16  **IT IS SO ORDERED.**
17
18  Dated: _____     _____
19                             Honorable Marilyn Hall Patel
                               UNITED STATES DISTRICT COURT JUDGE
20
21
22
23
24
25
26
27
28
                                          2
   STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
   USDC NDCA Case No. CV 07 00944 MHP
   281298.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105.

On this date I served the following document(s).

**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

✓ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

Robert P. Oliker
Baddeley, Oliker & Sartori
The Grace Building
17 Keller Street
Petaluma, CA 94952
Tel: (707) 778-6313
Fax: (707) 778-1086
*Attorney for Defendant/
Counter-Claimant/Cross-Defendant*
**JESSICA AMBER QUAM**

James A. Boles, Esq.
423 Mill Street
Reno, NV 89502
Tel:   (775) 329-1544
Fax:   (775) 329-1566

*Attorney for Defendant/Cross-Defendant*
**DEBORAH A. QUAM**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **May 23, 2007** at San Francisco, California.

_____
Nancy L.

---

3

STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE
USDC NDCA Case No. CV 07 00944 MHP
281298.1