ADRIENNE C. PUBLICOVER (SBN 161432)
DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Plaintiff and Counter-Defendant
AMERICAN GENERAL LIFE INSURANCE
COMPANY, *fka* THE OLD LINE LIFE
INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, *fka* THE OLD LINE LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA AMBER QUAM; DEBORAH A. QUAM as SPECIAL ADMINISTRATOR OF THE ESTATE OF RYAN QUAM; PATRICIA SMITHSON; PAUL SMITHSON, SR.; and DOES 1-50,<br><br>Defendants.<br><br>AND ALL ACTIONS | CASE NO. CV 07 00944 MHP<br><br>**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT** |

IT IS HEREBY STIPULATED, by and between Plaintiff and Counter-Defendant AMERICAN GENERAL LIFE INSURANCE COMPANY (hereinafter "AMERICAN GENERAL") *fka* THE OLD LINE LIFE INSURANCE COMPANY OF AMERICA, and Defendants DEBORAH QUAM as SPECIAL ADMINISTRATOR OF THE ESTATE OF RYAN QUAM; PAUL SMITHSON, SR., PATRICIA SMITHSON and Defendant and Counter-Claimant JESSICA QUAM, as follows:

1. That this Court may enter a stipulated judgment in interpleader in the form attached hereto as Exhibit A;

2. That, by reason of the death of Ryan Quam ("decedent"), on or about October 31, 2006, the sum of Five Hundred Thousand Dollars ($500,000.00) and the $3,000 face value of the child protection provision ("Benefit Proceeds"), became payable pursuant to Life Insurance Policy No. MM0325026 ("the policy") issued to Ryan Quam, and accrued interest;

3. That defendant and counterclaimant Jessica Quam and defendant Deborah Quam as Special Administrator of The Estate of Ryan Quam each claim entitlement to some or all of the Benefit Proceeds, that Deborah and Mark Quam have alleged Jessica Quam's involvement in the death of decedent, that because of said allegations defendants Paul Smithson, Sr. and Patricia Smithson may have claims as contingent beneficiaries, and that to date, no other person or entity currently makes claim to American General for the Benefit Proceeds;

4. That American General was ready, willing, and able to deliver the Benefit Proceeds to the person(s) legally entitled thereto. However, by reason of the actual and potential competing claims to the Benefit Proceeds and the allegations of Deborah and Mark Quam, American General did not know and was unable to determine the person(s) legally entitled to them;

5. That concurrently with the filing of its complaint in interpleader, American General deposited with the Clerk of this Court the Benefit Proceeds, totaling Five Hundred Four Thousand Twenty-Seven Dollars and Seventy-Six Cents ($504,027.76), which represents the insurance proceeds payable under the Policy, plus interest;

Aug 14 07    Uehling Law Office    7753291566    p.5
Case 3:07-cv-00944-MHP   Document 47   Filed 08/28/07   Page 3 of 6

 1    6.   That having deposited the monies with the Clerk of the Court on or about February 14, 2007, American General, its predecessors, successors, affiliates, parent corporation, officers and agents are fully and forever released, discharged, and acquitted from any liability of any kind or nature whatsoever under the Policy or by reason of the death of the decedent as to any and all claims, charges, demands, or otherwise that exist now or may arise at any time in the future;

 7.   That American General, in consideration of this stipulated judgment, waives its fees and costs incurred in the action and will provide signed, sworn declarations from its employees who communicated with Deborah and/or Mark Quam as to the statements made to them by Deborah and/or Mark Quam;

 8.   That defendant Deborah Quam as Special Administrator of The Estate of Ryan Quam and individually, defendant Paul Smithson, Sr., defendant Patricia Smithson, and defendant and Counter-Claimant Jessica Quam are permanently enjoined from instituting or prosecuting any proceeding in any state or United States court against American General, its predecessors, successors, affiliates, parent corporation, officers and agents with respect to the proceed due under the Policy; and

 9.   That American General is dismissed from this action, including the counterclaim filed by defendant and counterclaimant Jessica Quam, with prejudice.

Date: August 17, 2007

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Adrienne C. Publicover
Dennis J. Rhodes
Attorneys for Plaintiff and Counter-Defendant
AMERICAN GENERAL LIFE INSURANCE
COMPANY, *fka* THE OLD LINE LIFE
INSURANCE COMPANY OF AMERICA

2
STIPULATION AND ORDER FOR ENTRY OF JUDGMENT
USDC NDCA Case #CV 07 00944 MHP
286035.1

Date: __8/6__, 2007

BADDELEY, OLIKER & SARTORI

By: _____
Robert P. Oliker, Esq.
Attorneys for Defendant/Counter-Claimant/Cross-Claimant JESSICA AMBER QUAM and Defendants PAUL SMITHSON, SR. and PATRICIA SMITHSON

Date: _____, 2007

By: _____
James A. Boles, Esq.
Attorneys for Defendant/Cross-Defendant DEBORAH A. QUAM as Special Administrator of the Estate of Ryan Quam

**ORDER**

Dated: 8/23/2007

Honorable _____

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 1 | Date: _____, 2007 | BADDELEY, OLIKER & SARTORI |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Robert P. Oliker, Esq.<br>Attorneys for Defendant/Counter-Claimant/Cross-Claimant JESSICA AMBER QUAM and Defendants PAUL SMITHSON, SR. and PATRICIA SMITHSON |
| 7 | Date: AUGUST 14, 2007 | |
| 9 | | By:_____<br>James A. Boles, Esq.<br>Attorneys for Defendant/Cross-Defendant DEBORAH A. QUAM as Special Administrator of the Estate of Ryan Quam |

**ORDER**

Dated:_____    _____
Honorable Marilyn H. Patel
United States District Judge

---

3
STIPULATION AND ORDER FOR ENTRY OF JUDGMENT
USDC NDCA Case #CV 07 00944 MHP
286035.1

## CERTIFICATE OF SERVICE

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

→ _____ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____ : **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

_____ : **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____ : **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Robert P. Oliker
BADDELEY, OLIKER & SARTORI
The Grace Building
17 Keller Street
Petaluma, CA 94952
Tel: (707) 778-6313
Fax: (707) 778-1086

*Attorney for Defendant/
Counter-Claimant/Cross-Claimant
JESSICA AMBER QUAM and
Defendants PATRICIA SMITHSON; PAUL
SMITHSON, SR.*

James A. Boles, Esq.
423 Mill Street
Reno, NV 89502
Tel: (775) 329-1544
Fax: (775) 329-1566

*Attorney for Defendant/Cross-Defendant
DEBORAH A. QUAM as SPECIAL
ADMINISTRATOR OF THE ESTATE OF
RYAN QUAM*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **August 17, 2007**, at San Francisco, California.

_____
Nancy Li