Robert P. Oliker, Esq.
BADDELEY, OLIKER & SARTORI
17 Keller Street
Petaluma, CA 94952
State Bar No. 115131
(707) 778-6313
(707) 778-1086 Facsimile

Attorney for Defendant
JESSICA AMBER QUAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, *fka* THE OLD LINE LIFE INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiffs,<br><br>     vs.<br><br>JESSICA AMBER QUAM; DEBORAH A. QUAM as SPECIAL ADMINISTRATOR OF THE ESTATE OF RYAN QUAM; PATRICIA SMITHSON; PAUL SMITHSON, SR.;  and DOES 1-50,<br><br>            Defendants<br>_____/<br><br>AND RELATED ACTIONS<br>_____/ | Case No. C 07 0944 MHP<br><br>[~~PROPOSED~~] ORDER RE: RELEASE OF FUNDS TO JESSICA QUAM AND DISMISSAL OF ACTION |

     On August 31, 2007, the parties to this action successfully mediated the remaining outstanding claims.  The entire action having been settled, the Court issues its final ruling as follows:

     1.     American General deposited the sum of $504,027.76 as the proceeds of the life insurance policy due as a result of the death of Ryan Quam.  The Clerk of the Court is hereby directed to issue a check to Jessica Quam and Baddeley Oliker &

Sartori, her attorneys of record, for the $504,027.76 plus all accrued interest since said amount was deposited.

2. This entire action is dismissed with prejudice.

3. Each party to bear their own attorney fees and costs.

DATED: September 19, 2007

_____
The Honorable Marilyn H. Patel
United States District Court



IT IS SO ORDERED
Judge Marilyn H. Patel